SEALED    FILED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2007-02
APRIL 22, 2008 SESSION

APR 22 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.                          Criminal No. 2:08-cr-00086

21 U.S.C. § 843(a)(3)
18 U.S.C. § 1028A
42 U.S.C. § 408(a)(7)(B)

CHRISTOPHER MICHAEL JONES

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

**(OBTAINING CONTROLLED SUBSTANCES BY FRAUD)**

On or about April 27, 2007, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER MICHAEL JONES knowingly and intentionally acquired and obtained possession of a quantity of hydrocodone, a Schedule III controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

**COUNT TWO**

**(OBTAINING CONTROLLED SUBSTANCES BY FRAUD)**

On or about April 29, 2007, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER MICHAEL JONES knowingly and intentionally acquired and obtained possession of a quantity of hydrocodone, a Schedule III controlled substance, by misrepresentation, fraud, forgery, deception and subterfuge.

In violation of Title 21, United States Code, Section 843(a)(3).

**COUNT THREE**

**(MISUSE OF SOCIAL SECURITY NUMBER)**

On or about April 27, 2007, in or near South Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant CHRISTOPHER MICHAEL JONES, for the purpose of obtaining something of value and for other purposes, and with the intent to deceive, falsely represented on patient registration forms and medical records at Thomas Memorial Hospital, South Charleston, West Virginia, that XXX-XX-6479 was the social security number assigned to him by the Commissioner of Social Security, when in fact, as he well knew, such number was not the social security number assigned to him by the Commissioner.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FOUR

### (AGGRAVATED IDENTITY THEFT)

On or about April 27, 2007, at or near South Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER MICHAEL JONES did knowingly use, without lawful authority, the means of identification of another person, that is, the name, social security number, and date of birth of the Known Person, during and in relation to a violation of Title 42, United States Code, Section 408(a)(7)(B), to wit, the fraudulent use of the Known Person's social security account number to secure medical treatment and acquire prescriptions for hydrocodone, a Schedule III controlled substance.

In violation of Title 18, United States Code, Section 1028A.

CHARLES T. MILLER
United States Attorney

By: _____
ERIK S. GOES
Assistant United States Attorney